IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-836-ECM |
| | ) |
| SOUTH CENTRAL MENTAL HEALTH | ) |
| CENTER, LUVERNE, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On April 4, 2025, the Magistrate Judge entered a Recommendation (doc. 24) to which no timely objections have been filed.[1] Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 24) is ADOPTED, and this case is DISMISSED without prejudice. It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

---

[1] Objections were originally due by April 18, 2025. (Doc. 24 at 9). Pursuant to the Magistrate Judge's April 22, 2025 Order, the objection deadline was extended nearly thirty days to May 13, 2025. (Doc. 29). On May 15, 2025, the Magistrate Judge denied the Plaintiff's "motion to file an objection" for lack of good cause or excusable neglect. (Doc. 33). On June 13, 2025, the Plaintiff filed untimely objections to the Recommendation. (Doc. 38). Because the objections are untimely and the Plaintiff has not articulated any reason why he was not able to meet the May 13, 2025 deadline, the Court need not consider them. Even if the Court did consider the objections, they are due to be overruled. His objections consist of the following statement: "I am writin this to file object to any and all cases that require object under my name that are pending." (Doc. 38) (errors in original). This general objection is insufficient to show any error in the Recommendation.

DONE this 26th day of June, 2025.

                              /s/ Emily C. Marks
                            EMILY C. MARKS
                            CHIEF UNITED STATES DISTRICT JUDGE